UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GEORGE CHITWOOD,**

 *Plaintiff,*

**v.**             8:24-cv-01724-MSS-NHA

**EQUIFAX INFORMATION
SERVICES LLC,**

 *Defendant.*
_____/

<u>**NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES LLC**</u>

  In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendant Equifax Information LLC have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss this case with prejudice.

  Respectfully submitted on August 28, 2024.

                /s/ *Fethullah Gulen*
                Fethullah Gulen, Esq.
                Florida Bar Number: 1045392
                Seraph Legal, P. A.
                2124 W Kennedy Blvd., Suite A
                Tampa, FL 33606
                (813) 567-1230
                FGulen@SeraphLegal.com
                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 28, 2024 a true and correct copy of foregoing was filed electronically via the CM/ECF System. A true and correct copy of the foregoing was also served via e-Notice to counsel for all parties.

>  */s/ Fethullah Gulen*
>  Fethullah Gulen, Esq.
>  FL Bar # 1045392